UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:  21CR1994-JLS |
| Plaintiff, | |
| v. | ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |
| DAVID LIZARRAGA, | |
| Defendant. | |

Upon joint motion of the parties, **IT IS HEREBY ORDERED** that Mr. Lizarraga's Motion Hearing/Trial Setting, currently scheduled for August 20, 2021, be rescheduled to *October 1, 2021, at 1:30 p.m*.  For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Thus, the Court finds that time is excluded in the interests of justice and pursuant to 18 U.S.C. § 3161(h)(1)(D).

**SO ORDERED.**

Dated:  August 11, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge